Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys at Law, A Law Corporation

| | |
|---|---|
| KRISTIN L. HOLLAND | 10063 |
| CHRISTOPHER G. M. FARGO-MASUDA | 10526 |

1001 Bishop Street, Suite 1800
Honolulu, Hawai`i  96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591
E-mail:   kholland@ahfi.com
               cfargo-masuda@ahfi.com

Attorneys for Plaintiff
DE WITT LAMAR LONG

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| DE WITT LAMAR LONG,<br><br>      Plaintiff,<br><br>vs.<br><br>SGT. A. MAKUA III, a Correctional Officer; KALEONAHE E. WOO, a Correctional Officer; B. ARAKAKI, a Correctional Officer; DWAYNE K. HANEY, a Correctional Officer,<br><br>      Defendants. | Case No. 16-00372 DKW-RLP<br><br>**NOTICE OF APPEARANCE OF COUNSEL;** CERTIFICATE OF SERVICE |

## NOTICE OF APPEARANCE OF COUNSEL

Christopher G. M. Fargo-Masuda, with the law firm of Alston Hunt Floyd & Ing, a law corporation, hereby enters his appearance as one of the counsel of record for Plaintiff DE WITT LAMAR LONG, and requests that all future communications involving this matter be served upon him at the above address.

DATED: Honolulu, Hawai`i, July 26, 2017.

      /s/ Christopher G. M. Fargo-Masuda
KRISTIN L. HOLLAND
CHRISTOPHER G. M. FARGO-MASUDA

Attorneys for Plaintiff
DE WITT LAMAR LONG

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| DE WITT LAMAR LONG,<br><br>    Plaintiff,<br><br>vs.<br><br>SGT. A. MAKUA III, a Correctional Officer; KALEONAHE E. WOO, a Correctional Officer; B. ARAKAKI, a Correctional Officer; DWAYNE K. HANEY, a Correctional Officer,<br><br>    Defendants. | Case No. 16-00372 DKW-RLP<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this date a true and correct copy of the foregoing document was served upon the following party by U.S. mail, postage prepaid to their respective addresses:

    SGT. A. MAKUA III
    c/o State of Hawaii Department of Public Safety
    919 Ala Moana Boulevard, Room 110
    Honolulu, HI  96814

    CORRECTIONAL OFFICER B. ARAKAKI
    c/o State of Hawaii Department of Public Safety
    919 Ala Moana Blvd, Room 110
    Honolulu, HI  96814

CORRECTIONAL OFFICER KALEONAHE E. WOO
c/o State of Hawaii Department of Public Safety
919 Ala Moana Blvd, Room 110
Honolulu, HI  96814

CORRECTIONAL OFFICER DWAYNE K. HANEY
99-144 Kalaloa Street
Aiea, HI  96701

DATED: Honolulu, Hawai`i, July 26, 2017.

   /s/ Christopher G. M. Fargo-Masuda
KRISTIN L. HOLLAND
CHRISTOPHER G. M. FARGO-MASUDA

Attorneys for Plaintiff
DE WITT LAMAR LONG