Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys at Law, A Law Corporation

KRISTIN L. HOLLAND                              10063
CHRISTOPHER G. M. FARGO-MASUDA   10526
1001 Bishop Street, Suite 1800
Honolulu, Hawai`i  96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591
E-mail:   kholland@ahfi.com
              cfargo-masuda@ahfi.com

Attorneys for Plaintiff
DE WITT LAMAR LONG

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| DE WITT LAMAR LONG,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SGT. A. MAKUA III, a Correctional Officer; KALEONAHE E. WOO, a Correctional Officer; B. ARAKAKI, a Correctional Officer; DWAYNE K. HANEY, a Correctional Officer,<br><br>　　　　Defendants. | Case No. 16-00372 DKW-RLP<br><br>**CONFERENCE REPORT OF PARTIES' MEETING;**<br>CERTIFICATE OF SERVICE<br><br><br>Rule 16 Scheduling Conference:<br>Date:　November 21, 2017<br>Time:　9:30 a.m.<br>Judge:　Richard L. Puglisi |

## CONFERENCE REPORT OF PARTIES' MEETING

Pursuant to Federal Rule of Civil Procedure 26(f), and LR 26.1 of the Rules for the United States District Court for the District of Hawai'i, Plaintiff DE WITT LAMAR LONG (Plaintiff), hereby respectfully submits this report.

On October 20, 2017, a LR 26.1 meeting was held in person between Kristin L. Holland and Christopher G.M. Fargo-Masuda on behalf of Plaintiff and William K. Awong on behalf of Defendants SGT. ANDREW MAKUA, III, KALEONAHE E. WOO, B. ARAKAKI, and DWAYNE K. HANEY (Defendants).

### I. INITIAL DISCLOSURES

The parties agree that FRCP Rule 26 (a) (1) disclosures will be made in compliance with the ordinary FRCP without special changes or conditions.

### II. DISCOVERY PLAN

Plaintiff will need discovery related to the allegations in the Complaint and all affirmative defenses raised in Defendants' Answer.  Particularly, discovery is needed on, but not limited to, the following subjects: to evaluate Defendants' third defense that qualified immunity may apply; to evaluate whether equitable tolling applies to Defendants' fourth defense based on statute of limitations; to evaluate Defendants' seventh defense that they were at all times acting in good faith, without malice or within the scope of their duties as employees of the State; to evaluate Defendants' eight defense that Plaintiff failed

to exhaust his administrative remedies; to evaluate the nature and extent of Defendants' actions to determine appropriate damages; and to evaluate Defendants' possible defense that the denials of Plaintiff's Ramadan meals were based on sufficient penological reasons.

The scope and timing of discovery will be in compliance with the ordinary rules of discovery, without any special changes or conditions.  Printed copies of electronically stored information (including but not limited to emails) may be produced either as individual printed documents or on a CD or DVD.  The original electronic copies will be preserved and made available upon request.

Plaintiff proposes that privilege logs not be required for the non-production of documents dated or created on or after July 5, 2016, the filing date of Plaintiff's Prisoner Civil Rights Complaint.  However, a privilege log will be required for all withheld documents dated or created before July 5, 2016.

The Federal Rules of Civil Procedure and the District of Hawai`i Local Rules regarding depositions and discovery will govern the maximum number of interrogatories and depositions, duration of depositions, requests for production of documents and admissions, and other discovery matters.

Any deviation to discovery limitations may be obtained by agreement between the parties or by request through a motion to this Court.

## III. OTHER MATTERS

The parties have discussed alternative dispute resolution options, including, without limitation, the option of participation in the court's mediation program. The Plaintiff is prepared to consider this matter further and discuss options at the Scheduling Conference.

DATED: Honolulu, Hawai`i, October 30, 2017.

    /s/ Christopher G. M. Fargo-Masuda
KRISTIN L. HOLLAND
CHRISTOPHER G. M. FARGO-MASUDA

Attorneys for Plaintiff
DE WITT LAMAR LONG

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| DE WITT LAMAR LONG,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SGT. A. MAKUA III, a Correctional Officer; KALEONAHE E. WOO, a Correctional Officer; B. ARAKAKI, a Correctional Officer; DWAYNE K. HANEY, a Correctional Officer,<br><br>　　　　Defendants. | Case No. 16-00372 DKW-RLP<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

　　　　I HEREBY CERTIFY that, on the date and by the methods of service noted below, a true and correct copy of *Conference Report of Parties' Meeting* was served on the following at their last known addresses:

2

**Served Electronically through CM/ECF on October 30, 2017:**

| | |
|---|---|
| **CARON M. INAGAKI, ESQ.** <br> **WILLIAM K. A WONG, ESQ.** <br> Caron.M.Inagaki@hawaii.gov <br> william.k.awong@hawaii.gov <br> Deputy Attorneys General <br> Department of the Attorney General <br> State of Hawaii <br> 425 Queen Street <br> Honolulu, HI  96813 | Attorneys for Defendants <br> ANDREW MAKUA, <br> KALEONAHE WOO, <br> BRENTON ARAKAKI, and <br> DWAYNE HANEY |

DATED:  Honolulu, Hawai`i, October 30, 2017.

/s/ Christopher G. M. Fargo-Masuda
KRISTIN L. HOLLAND
CHRISTOPHER G. M. FARGO-MASUDA

Attorneys for Plaintiff
DE WITT LAMAR LONG